1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEREK JACKSON,                               Case No.  1:23-cv-01223-JLT-HBK

12              Plaintiff,                          NOTICE TO PARTIES REGARDING
                                                    AMENDED FINDINGS AND
13         v.                                       RECOMMENDATIONS TO DISMISS
                                                    ACTION
14    DARRELL WORTHY and CYNTHIA
      WORTHY,                                       (Doc. No. 13)
15
                Defendants.
16

17

18         On February 21, 2024, the undersigned issued a Findings and Recommendations ("F&R")

19    to dismiss this action for failure to state a claim.  (Doc. No. 13).  The F&R mistakenly omitted the

20    following Notice to the parties regarding the District Court's review of the F&R and the process

21    for filing objections.  The Parties are hereby advised as follows.

22                                         **NOTICE**

23         These Findings and Recommendations will be submitted to the United States District

24    Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

25    after being served with a copy of these Findings and Recommendations, a party may file written

26    objections with the Court.  *Id*.; Local Rule 304(b).  The document should be captioned,

27    "Objections to Magistrate Judge's Findings and Recommendations." The assigned District Judge

28    will review these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C).  A party's

1  failure to file objections within the specified time may result in the waiver of certain rights on

2  appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

3

4
   Dated:    February 22, 2024

5                                                    HELENA M. BARCH-KUCHTA
                                                     UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28